**James D. NEAL, Sr., Appellant,**

v.

**Joseph A. KING et al., Appellees.**

Court of Appeals of Kentucky.

June 17, 1960.

Marvin J. Sternberg, Durward W. Maynard, Louisville, for appellant.

M. Brooks Senn (Bullitt, Dawson & Tarrant), Edwin O. Davis, Louisville, for appellees.

PER CURIAM.

This case is before us on motion for an appeal, under KRS 21.080, of a judgment for $1,059 incurred in an automobile-truck collision in Louisville.

After full consideration of the grounds asserted for reversal of the judgment, the motion for an appeal is overruled and the judgment is affirmed.